

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:15 CR 47 |
| | ) | |
| v. | ) | |
| | ) | BILL OF INFORMATION |
| DAVID HOWELL PETRAEUS, | ) | |
| Defendant | ) | |
| | ) | Violation: |
| | | 18 U.S.C. § 1924 |
| | | (Unauthorized Removal and |
| | | Retention of Classified Material) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

Between in or about August 2011 and on or about April 5, 2013, defendant DAVID HOWELL PETRAEUS, being an employee of the United States, and by virtue of his employment, became possessed of documents and materials containing classified information of the United States, and did unlawfully and knowingly remove such documents and materials without authority and with the intent to retain such documents and materials at unauthorized locations, aware that these locations were unauthorized for the storage and retention of such classified documents and materials;

All in violation of Title 18, United States Code, Section 1924.

//

//

//

//

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
JAMES P. MELENDRES
TRIAL ATTORNEY

_____
JILL WESTMORELAND ROSE
ASSISTANT UNITED STATES
ATTORNEY

_____
RICHARD S. SCOTT
TRIAL ATTORNEY